Label Matrix for local noticing
0539-4
Case 26-42456-mxm13
Northern District of Texas
Ft. Worth
Wed Sep 16 19:08:49 CDT 2026

Alvarado ISD
% Perdue Brandon Fielder Et Al
500 E. Border Street
Suite 640
Arlington, TX 76010-7457

Conserv Equipment Leasing, LLC
c/o Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102-2837

(p)PERDUE BRANDON FIELDER ET AL
ATTN C/O PERDUE BRANDON FIELDER ET AL
500 EAST BORDER STREET SUITE 640
ARLINGTON TX 76010-7457

LTP Finance, LLC
3045 Lackland Road
Fort Worth, TX 76116-4121

501 W. Tenth Street
Fort Worth, TX 76102-3637

Alvarado ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Attorney General
PO Box 12017
Austin, TX 78711-2017

CIG Financial
P.O. Box 19795
Irvine, CA 92623-9795

CRB Auto/Mechanics Bank
P.O. Box 25085
Santa Ana, CA 92799-5085

Celtic Bank/Contfinco
4450 New Linden Hill Rd
Wilmington, DE 19808

Christopher Labra
2601 W Arkansas Lane
Arlington, TX 76016-5816

Conn's HomePlus
Banruptcy
PO Box 2358
Beaumont, TX 77704-2358

Conn's INC Serviced
Jefferson Capital Systems, LLC Assignee
PO BOX 7999
SAINT CLOUD, MN 56302-7999

Conserv Equipment Leasing, LLC
c/o Kelsey N. Linendoll
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102-2837

Conserve Equipment Leasing LLC
P.O. Box 84783
Seattle, WA 98124-6083

Credit Collection Services
PO Box 9136
Needham Heights, MA 02494-9136

(p)CREDIT INTERNATIONAL CORP
PO BOX 1268
BOTHELL WA 98041-1268

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

EECU
1617 W 7th St
Fort Worth, TX 76102-2503

Finance System, Inc.
Attn: Bankruptcy
5703 National Road East
Richmond, IN 47374-2619

Ingrid Flores
112 Hankins Dr
Azle, TX 76020-3630

Internal Revenue Service
Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

James Earl Vaughn Jr
5004 Weshire Drive
Mansfield, TX 76063-5599

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kapitus Servicing Inc F/K/A Colonial Funding
Agent for Flash Advance/Direct Merchants
120 West 45th Street 6th Floor
New York, NY 10036-0069

Kapitus Servicing, Inc.
120 W. 45th Street, 4th Floor
New York, NY 10036-4041

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Linebarger, Goggan, Blair & Sampson, LLP
C/O Camille Stecker
3500 Maple Ave 800
Dallas, TX 75219-3959

Magnolia Business Enterprises
309 West 7th St
Fort Worth, TX 76102-6900

Marcos Barrios
6120 Wild Berry Trail
Joshua, TX 76058-6420

Mike Lester
3045 Lackland Road
Fort Worth, TX 76116-4121

Nikolaos D Athanasopoulos
120 West 45th Street 4th Floor
New York, NY 10036-4041

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

Reaves & Lee, PLLC
8701 Bedford Euless Rd 510
Hurst, TX 76053-3874

Richard Swaim
435 FM 2258
Venus, TX 76084-4728

SBA
2 North 20th St 32050
Birmingham, AL 35203-4007

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

TXU ENERGY RETAIL COMPANY LLC
C/O BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

Texas Alcohol Beverage Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

Tim Godsey
12050 FM 1807
Alvarado, TX 76009-8003

Tim Godsey
P.O. Box 1039
Alvarado, TX 76009-1039

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242-9998

Verizon Wireless
PO Box 650051
Dallas, TX 75265-0051

Christopher Marvin Lee
Reaves & Lee, PLLC
8701 W. Bedford Euless Road
Suite 510
Hurst, TX 76053-3874

Jonathan Lee Salazar
600 County Road 404
Alvarado, TX 76009-3406

Pam Bassel (Hurst)
Office of The Standing Ch.13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054-3256

Stephanie Christine Salazar
600 County Road 404
Alvarado, TX 76009-3406

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Johnson County
% Perdue Brandon Fielder Et Al
500 E. Border Street
Suite 640
Arlington, TX 76010

Credit Int'l Corpora
Po Box 1268
Bothell, WA 98041

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

(d)Johnson County
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010

SPRING OAKS CAPITAL SPV, LLC
PO BOX 1216
CHESAPEAKE, VA 23327-1216

TXU Energy
200 W John Carpenter Fwy
Irving, TX 75039

Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)LTP Finance, LLC
3045 Lackland Road
Fort Worth, TX 76116-4121

(d)Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 51 |
| Bypassed recipients | 2 |
| Total | 53 |