**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO: 26-42456-MXM-13**

**JONATHAN LEE SALAZAR**
600 COUNTY RD 404
ALVARADO, TX 76009
SSN/TIN: XXX-XX-5943

**STEPHANIE CHRISTINE SALAZAR**
600 COUNTY RD 404
ALVARADO, TX 76009
SSN/TIN: XXX-XX-9318

**DEBTORS** **HEARING: OCTOBER 15, 2026 AT 8:30 AM**

**NOTICE OF HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

ALVARADO ISD, C/O PERDUE BRANDON FIELDER COLLINS & MOTT, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
ATTORNEY GENERAL OF TEXAS, PO BOX 12017, AUSTIN, TX 78711
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711
Celtic Bank Contfinco, 4450 New Linden Hill Rd, Wilmington, DE 19808-0000
Christopher Labra, 2601 W Arkansas Ln, Arlington, TX 76016
CIG FINANCIAL, PO BOX 19795, IRVINE, CA 92623
Conn's INC Serviced, Jefferson Capital Systems LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302
CONSERV CAPITAL LLC, c/o Orion First Financial, PO Box 2419, Gig Harbor, WA 98335-0000
Conserve Equipment Leasing LLC, PO Box 84783, Seattle, WA 98124
CRB Auto / Mechanics Bank, po box 25085, Santa Ana, CA 92799-0000
Credit Collection Services, PO Box 9136, Needham Heights, MA 02494
CREDIT INTERNATIONAL CORP, PO BOX 1268, BOTHELL, WA 98041-0000
CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193
EECU, 1617 W Seventh Street, Ft Worth, TX 76102-0000
Finance System Inc, Attn Bankruptcy 5703 National Road East, Richmond, IN 47374
Ingrid Flores, 112 Hankins Dr, Azle, TX 76020
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
James Earl Vaughn Jr, 5004 Weshire Drive, Mansfield, TX 76063
Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677-0000
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-0000
JOHNSON COUNTY, C/O PERDUE BRANDON FIELDER COLLINS & MOTT, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
KAPITUS, 120 W 45TH ST 4TH FL, NEW YORK, NY 10036-0000
LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000
LTP Finance LLC, 3045 Lackland Road, Fort Worth, TX 76116
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
Magnolia Business Enterprises, 309 West 7th St, Fort Worth, TX 76102
Marcos Barrios, 6120 Wild Berry Trail, Joshua, TX 76058
Mike Lester, 3045 Lackland Road, Fort Worth, TX 76116
Nikolaos D Athanasopoulos, 120 West 45th Street 4th Floor, New York, NY 10036
PADFIELD & STOUT LLP, 100 Throckmorton St Ste 700, Fort Worth, TX 76102-0000
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA 98083
Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083
REAVES AND LEE PLLC, 8701 Bedford Euless Rd 510, Hurst, TX 76053
Richard Swaim, 435 FM 2258, Venus, TX 76084
RICK D BARNES TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 3500 Maple Ave Ste 800, DALLAS, TX 75219-000
SBA, 2 North 20th St 32050, Birmingham, AL 35203
SGC Homes, 4303 S Bowen 125, Fort Worth, TX 76106-0000
SPRING OAKS CAPITAL SPV, PO BOX 1216, CHESAPEAKE, VA 23327
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711
TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711
TEXAS WORKFORCE COMMISSION, 101 E 15TH ST, RM 556, AUSTIN, TX 78778-0000
TIM GODSEY, PO BOX 1039, ALVARADO, TX 76009-0000
Tim Godsey, 12050 FM 1807, Alvarado, TX 76009
TXU ENERGY RETAIL COMPANY LP, CO BANKRUPTCY DEPARTMENT, PO BOX 650393, DALLAS, TX 75265
Verizon Wireless, PO Box 650051, ***BAD ADDRESS***, Dallas, TX 75265***
***Address on record invalid for recipient -- no document mailed to this party.