PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 26-42456-MXM-13**

**JONATHAN LEE SALAZAR**
**600 COUNTY RD 404**
**ALVARADO, TX 76009**
**SSN/TIN: XXX-XX-5943**

**STEPHANIE CHRISTINE SALAZAR**
**600 COUNTY RD 404**
**ALVARADO, TX 76009**
**SSN/TIN: XXX-XX-9318**

**DEBTORS** **HEARING: OCTOBER 15, 2026 AT 8:30 AM**

**TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Amended Objection to Confirmation. Trustee would respectfully show the Court:

In addition to the grounds alleged in the previous objection, which are incorporated herein by reference, the Trustee objects to confirmation for the following reason(s):

The Plan Base or Plan Payments are insufficient to pay administrative claims, secured claims, priority claims, or the unsecured creditors' pool.

The Plan fails the best interests of creditors test of Section 1325(a)(4). Debtors have equity in non-exempt property as follows:

SURE FB TRAILER $6,000.00
FIRST FINANCIAL $0.00
FIRST FINANCIAL $800.54
FIRST FINANCIAL $0.00
VENMO $0.00
FIRST FINANCIAL $0.00
TEXAS SEPTIC LLC $0.00
SEPTIC LICENSE $0.00
12 GAUGE SHOTGUN $150.00

The total equity in non-exempt property is approximately $ $6,950.54 but the Plan provides for equity in non-exempt property of $6,800.54.

Debtors' Attorney's Fees are not supported by the Standing Order Concerning All Chapter 13 Cases.

The Plan violates the conduit provisions of the the Standing Order Concerning All Chapter 13 Cases. The Debtors are sufficiently delinquent to a Mortgage Lender and are required to file a Plan that provides for an appropriate number of ongoing monthly mortgage payments and cures mortgage arrears through the Conduit Program.

WHEREFORE, Trustee prays that confirmation be DENIED and for general relief.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

JONATHAN LEE SALAZAR
STEPHANIE CHRISTINE SALAZAR
600 COUNTY RD 404
ALVARADO, TX 76009