Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JONATHAN LEE SALAZAR** | § | **CASE NO. 26-42456-MXM-13** |
| **STEPHANIE CHRISTINE SALAZAR** | § | |
| **Debtors** | § | **CHAPTER 13** |
| | § | |

**DEBTOR'S(S') CERTIFICATE THAT ALL TAX RETURNS HAVE BEEN FILED**

Pursuant to General Order 2021-05, paragraph 11(d) (and as the General Order may be amended) and 11 U.S.C. § 1325(a)(9), the Debtor(s) certifies/certify as follows:

**WE HAVE FILED** all federal income tax returns with the Internal revenue Service (IRS) for the following 4-year period ending immediately prior to my bankruptcy petition date, those being the returns for tax years: 2022, 2023, 2024 and 2025.

In addition, **WE HAVE FILED** any other Federal, State, and local tax returns required under applicable law and as required by 11 U.S.C. § 1308 for all taxable periods ending during the 4 year period ending immediately prior to my bankruptcy petition date, those being described as follows (identify the type of tax and period):

________________________________________________________________________

________________________________________________________________________

**WE ACKNOWLEDGE** that the failure to file any tax return required by 11 U.S.C. § 1308 may result in dismissal or conversion of my/our bankruptcy case under 11 U.S.C. § 1307(e).

**WE DECLARE** under penalty of perjury that the foregoing information is true and correct.

DATED: 9-22-26

DEBTOR

JOINT DEBTOR