Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JONATHAN LEE SALAZAR** | § | **CASE NO. 26-42456-MXM-13** |
| **STEPHANIE CHRISTINE SALAZAR** | § | |
| **Debtors** | § | **CHAPTER 13** |
| | § | |

**NOTICE OF ADDITIONAL FEES AND RULE 2016 DISCLOSURES**

**NO HEARING WILL BE CONDUCTED ON THIS NOTICE UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE THE CLOSE OF BUSINESS ON OCTOBER 21, 2026, WHICH IS AT LEAST FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE ATTORNEY OR LAW FIRM SUBMITTING THIS NOTICE, THE DEBTOR, AND THE CHAPTER 13 TRUSTEE PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY AND THE CHAPTER 13 TRUSTEE.**

**IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE FEES AND COSTS REQUESTED HEREIN SHALL BE DEEMED ALLOWED AND MAY BE DISBURSED BY THE CHAPTER 13 TRUSTEE OR PAID DIRECTLY TO THE ATTORNEY OR LAW FIRM FILING THIS NOTICE AS SET OUT HEREIN.**

Pursuant to Paragraph 21 of the Standing Order Concerning all Chapter 13 Cases for the Northern District of Texas (“Standing Order”), the undersigned gives notice of the following requested Additional Fees and related costs, if applicable.

1. The source of the compensation is: ☑ Debtor(s) or ☐ OTHER (specify source): ______________________________________________________________________.

2. [PICK ONE]: ☑ I have not agreed to share the Additional Fees set out herein with any other person unless they are a member or shareholder of or an associate employed by my law firm.

☐ I have agreed to share the Additional Fees with another person or persons who are not a member or shareholder of or an associate employed by my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation and the amount each is to receive, is attached.

3. The total amount of any fees and costs that I or my law firm have become entitled to receive, prior to this Notice of Additional Fees, but not including the Additional Fees and costs requested herein: $4250.00. (Include all fees even if not yet paid and include the Standard Fee or Business Standard Fee.)

4. The Additional Fees and costs requested herein [PICK ONE]:

☐ have already been paid to me
☐ will be paid to me directly
☑ will be paid by the Chapter 13 Trustee.
☐$_______will or has been paid to me directly and $_________to be paid by the Trustee.

5. Debtor(s) has/have agreed to the Additional Fees and costs requested herein.

6. In accordance with the provisions of the Standing Order, I request AdditionalFees in the amount of $200.00 (or $____, if less) for (indicate requested fees):

☐ Post-confirmation motion to reinstate case

☑ Motion to Extend/Impose the Automatic Stay ☑ Fee included in Plan Base Amount pre-confirmation

☐ Chapter 13 Debtor’s Request to Incur Debt (to purchase a vehicle)

7. In accordance with the provisions of the Standing Order, I request AdditionalFees in the amount of $450.00 (or $____, if less) for (indicate requested fees):

☑ Case in which Debtor will receive 3002.1 notices

☑ Fee included in Plan Base Amount pre-confirmation

☐ Representation on a post-confirmation Plan Modification filed by the Trustee or anunsecured creditor.

☐ Motion to Sell Real or Personal Property

☐ Motion to Incur Debt (other than Debtor's Request to Incur Debt to purchase a vehicle)

☐ Motion to modify/refinance mortgage (other than through the LMM program)

☐ Motion to Approve Compromise and Settlement mortgage

☐ Motion for Relief from the Automatic Stay pursuant to paragraph 21(g)(8)(E) of General Order 2023-04.

8. In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $650.00 (or $_________, if less) for (indicate requested fees):

☐ Post-confirmation Plan Modification filed by the Debtor.

9. In addition to the fees requested herein and in accordance with the applicable provisions of the Standing Order, I request reimbursement for costs in the amount of $______________ for (describe the costs) __________________________________________.

Wherefore, premises considered, I or my firm pray/prays for the allowance of the fees and costs set out herein to be paid as set out herein and for such other and further relief, both general and specific, to which I or my firm may show myself/itself justly entitled.

Respectfully submitted,

REAVES & LEE, PLLC

By: /s/Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing notice was served on the October 7, 2026 on the following:

**DEBTOR**:
Jonathan Lee Salazar
600 CR 404
Alvarado, TX 76009

**STANDING CHAPTER 13 TRUSTEE**:
Pam Bassel
860 Airport Freeway Ste 150
Hurst, TX 76054

**U.S. TRUSTEE**
1100 Commerce Street
Room 976
Dallas, TX 75242

**United States Attorney General**
Main Justice Building, Rm. 5111
10th & Constitution Ave
NW Washington D.C. 20530

/s/ Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
ATTORNEY FOR DEBTOR